IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JESUS HIGA,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 4:22-cv-1706 |
| **CMG MORTGAGE, INC.,** | § § | |
| *Defendant.* | § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

On this the 18th day of November 2022, Defendant CMG Mortgage, Inc. ("Defendant") and Plaintiff Jesus Higa ("Higa" or "Plaintiff") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims and causes of action asserted by Plaintiff against Defendant are dismissed with prejudice.

Respectfully submitted,

By: /s/ *Shelley L. Hopkins*
Shelley L. Hopkins
State Bar No. 24036497
HOPKINS LAW, PLLC
3 Lakeway Centre Ct., Suite 110
Austin, Texas 78734
(512) 600-4320
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP - *Of Counsel*
ShelleyH@bdfgroup.com
shelley@hopkinslawtexas.com

Robert D. Forster, II
State Bar No. 24048470
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP
4004 Belt Line Road, Ste. 100
Addison, Texas 75001

            (972) 386-5040
            RobertFO@bdfgroup.com

            **ATTORNEYS FOR DEFENDANT**

            /s/ *Erick DeLaRule*
            Erick DeLaRue
            Texas Bar No. 24103505
            Law Office of Erick DeLaRue, PLLC
            2800 Post Oak Boulevard, Suite 4100
            Houston, Texas 77056
            713-899-6727
            erick.delarue@delaruelaw.com

            **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

   I hereby certify that on this 18th day of November 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and will send a true and correct copy to the following:

***VIA ECF:***
Erick DeLaRue
Law Office of Erick DeLaRue, PLLC
2800 Post Oak Boulevard, Suite 4100
Houston, Texas 77056
erick.delarue@delaruelaw.com

**ATTORNEY FOR PLAINTIFF**

            /s/ *Shelley L. Hopkins*
            Shelley L. Hopkins